reciprocal enforcement support act actions may be undertaken in the same manner as civil or criminal actions. The ~~presiding~~ *chief* judge shall possess exclusive authority to request assignments of visiting judges by the court administrator; and the ~~presiding~~ *chief* judge shall direct the assignments of all actions to be undertaken by such visiting judges.

(2) Where there are 2 or more civil actions growing out of the same transaction or occurrence and the first of such actions has been assigned to a judge of the ~~circuit~~ *trial court,* all subsequent actions arising out of the said transaction or occurrence shall be assigned by the clerk to the same judge.

(3) Upon commencement of any civil action arising out of the same transaction or occurrence as a civil action theretofore dismissed, such civil action shall be assigned to the judge to whom the dismissed civil action ~~had been~~ *was* assigned.

(4) It shall be the duty of the attorney for any party commencing a subsequent action or recommencing an action as above specified to notify the clerk thereof in writing. Any attorney who shall knowingly fail so to notify the clerk shall be subject to disciplinary action.

(5) This Rule *925.7* shall be inoperative as to any ~~judicial circuit at such time as it shall be replaced by~~ *trial court that has in effect* a local *court* rule of that ~~circuit~~ *trial court concerning the same subject matter* which has been approved by the Supreme Court.

A copy of this order shall be given to the Secretary of the State Bar of Michigan and to the Court Administrator, pursuant to GCR 1963, 933, and any comments with reference to the adoption of the proposed amended Rule 925 may be forwarded to the Clerk of the Michigan Supreme Court within 30 days from the publication of this order in the State Bar Journal.

### DECEMBER 5, 1975

PEOPLE v HARRIS. (Docket No. 56328.) The delayed application for rehearing of the April 15, 1975 order of the Court (394 Mich 758) and the motion for immediate consideration are considered, and the motion for immediate consideration is hereby denied. The delayed application for rehearing is denied. State Appellate Defender for defendant-appellant. Reported below: 52 Mich App 739.